No. 581, Misc.   CRAWFORD v. CIRCUIT COURT OF KALA-MAZOO ET AL.   C. A. 6th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted, the judgment vacated and the case remanded to the District Court for a hearing on the issue of the alleged illegal search and seizure.

No. 1085, Misc.   JOHNSON v. ELLIS, CORRECTIONS DI-RECTOR.   C. A. 5th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted limited to the question of the alleged coerced confession. *Bernard A. Golding* for petitioner.   *Frank Briscoe, Samuel H. Robertson, Jr.* and *Lee P. Ward, Jr.* for respondent.

No. 616.   SINCLAIR ET AL. v. CALIFORNIA ET AL., 368 U. S. 986;

No. 624.   HENDRICKSON v. UNITED STATES, 368 U. S. 986;

No. 636.   TEITELBAUM v. COMMISSIONER OF INTERNAL REVENUE, 368 U. S. 987;

No. 635, Misc.   STANMORE v. COLORADO, 368 U. S. 993;

No. 655, Misc.   O'ROURKE v. NEW YORK, 368 U. S. 981;

No. 700, Misc.   JOHNSON v. HORTON, 368 U. S. 515;

No. 866, Misc.   SCOTT v. SUPERIOR COURT OF LOS ANGELES COUNTY, *ante*, p. 806; and

No. 901, Misc.   SHOTKIN v. OLNEY ET AL., *ante*, p. 801.   Petitions for rehearing denied.

No. 714, Misc.   COLEMAN v. UNITED STATES, *ante*, p. 813.   Petition for rehearing denied.   MR. JUSTICE DOUGLAS is of the opinion that a response to the petition should be requested under Rule 58 (3).